EASTERN DISTRICT OF TENNESSEE

IN RE:  UNCLAIMED FUNDS                                              CHAPTER 12
       July 19, 2019

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TO THE CLERK OF COURT

The following check have been outstanding for more than 90 days and Pursuant to 11 U.S.CO. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| 116414 Gary Stone | 400/014 | 17-15229-NWW | Bizfi Funding Cash Advance<br>915 Broadway, Suite 1003<br>New York, NY 10010 | $33,577.92 |
| | | | TOTAL | $33,577.92 |

By: \s\   Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261